THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00332-MR

| | |
|---|---|
| **COLONIAL LIFE & ACCIDENT INSURANCE COMPANY,** ) ) ) Plaintiff, ) ) vs. ) ) **PAULA G. BRYANT, PENNY B. PENDERGRASS, BRIAN HAMBY, RYAN HAMBY, and KENNETH HAMBY,** ) ) ) ) ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Receipt and Deposit of Interpleader Funds [Doc. 9].

For the reasons stated by the Plaintiff, and good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Receipt and Deposit of Interpleader Funds [Doc. 9] is **GRANTED**, and the Plaintiff shall tender funds amounting to $75,000.00, plus any applicable interest, to the Clerk of this Court, within fourteen (14) days of the entry of this Order. Said funds shall be deemed Disputed Ownership Funds ("DOF") in accordance with Local Civil Rule 67.1 and the applicable IRS definition.

**IT IS FURTHER ORDERED** that, in accordance with the provisions of Local Civil Rule 67.1, the Clerk of this Court shall receive and deposit said funds in an interest-bearing account or invest said funds in a court-approved, interest-bearing instrument, subject to further Order of this Court.

**IT IS SO ORDERED.**

Signed: January 25, 2022

Martin Reidinger
Chief United States District Judge