THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00332-MR

| | |
|---|---|
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>PAULA G. BRYANT, PENNY B. PENDERGRASS, BRIAN HAMBY, RYAN HAMBY, and KENNETH HAMBY, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Discharge, Injunctive Relief, and Dismissal with Prejudice [Doc. 13].

The Plaintiff and Stakeholder in Interpleader, Colonial Life & Accident Insurance Company, moves for an Order dismissing it from this action with prejudice, with full and complete discharge from any liability to any of the Defendants/potential Claimants in Interpleader related to the subject matter of this lawsuit, and enjoining the Defendants from initiating any action against the Plaintiff for recovery of benefits. [Doc. 13]. The docket reflects, however, that none of the Defendants/potential Claimants in Interpleader has

answered or otherwise responded to the Plaintiff's Complaint. Accordingly, the Court finds that the Plaintiff's motion is premature.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Discharge, Injunctive Relief, and Dismissal with Prejudice [Doc. 13] is **DENIED WITHOUT PREJUDICE** as premature.

**IT IS SO ORDERED**.

Signed: March 2, 2022

Martin Reidinger
Chief United States District Judge