# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Colonial Life & Accident Insurance Company, | ) | DEFAULT JUDGMENT |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00332-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Paula G. Bryant, Penny B. Pendergrass, Brian Hamby, Ryan Hamby, and Kenneth Hamby, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court on the Plaintiff's Motion for Default Judgment, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered against the Defendants Paula G. Bryant, Penny B. Pendergrass, Brian Hamby, Ryan Hamby, and Kenneth Hamby, in accordance with the Court's October 4, 2022 Order.

October 4, 2022

Frank G. Johns, Clerk
United States District Court